(Official Form 1) (10/05)

**United States Bankruptcy Court**
*Northern* District of *Illinois*
*Eastern Division*

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): *Sorine, Anne M.* | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *N/A* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): *3573* | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): *P.O. Box 9020   2203 Glenwood Ct* *Naperville, IL*   ZIPCODE *60564* | Street Address of Joint Debtor (No. & Street, City, and State): ZIPCODE |
| County of Residence or of the Principal Place of Business: *Will* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): *P.O. Box 9020* *Naperville, IL*   ZIPCODE *60567* | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIPCODE | |

**Type of Debtor** (Form of Organization)
(Check one box.)

- [X] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity: _____

**Nature of Business**
(Check all applicable boxes.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [X] Consumer/Non-Business
- [ ] Business

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affliates are less than $2 million.

**Filing Fee** (Check one box)

- [ ] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [X] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

KENNETH S. GARDNER, CLERK — REP - LW

F I L E D
NOV 05 2012
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

(Official Form 1) (10/05)                                                                                      FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Spaine, Anne M. |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: Chicago Illinois | Case Number: | Date Filed: N A |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | X _Anne M Spaine, Prose_ 11/05/12<br>Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition. |
| ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☐ No | ☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)

FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): *Spaine, Anne M.* |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Anne M. Spaine Pro se_
   Signature of Debtor

X _____
   Signature of Joint Debtor   630.305.8405
   _annemspaine@live.com_
   Telephone Number (If not represented by attorney)

   _11/05/12_
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

### Signature of Attorney

X _____
   Signature of Attorney for Debtor(s)

   _____
   Printed Name of Attorney for Debtor(s)

   _____
   Firm Name

   _____
   Address

   _____
   Telephone Number

   _____
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b) and; (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.Official Form 19B is attached.

   _____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

   _____
   Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

   _____
   Address

X _____

   _____
   Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

   _____
   Printed Name of Authorized Individual

   _____
   Title of Authorized Individual

   _____
   Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re Spaine, Anne M
_____
Debtor

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _____

Form 6-Summary
(10/05)

# United States Bankruptcy Court

*Northern* District Of *Illinois*
*Eastern Division*

In re _Spano, Anne M._
Debtor

Case No. _____

Chapter _7_

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0 | | |
| B - Personal Property | Yes | 3 | $ 0 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 11,000 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $ 98,682 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2301 ⁰⁰ |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ 2590 ⁰⁰ |
| TOTAL | | | $ 0 | $ 109,682 ⁰⁰ | |

Form 6-Summ2
(10/05)

# United States Bankruptcy Court

_Northern_ District Of _Illinois_

_Eastern Division_

In re _Spaine, Anne M._

Debtor

Case No. _____

Chapter _7_

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ N/A |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

Form B6A
(10/05)

In re Spaine, Anne M,
_____Debtor

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| N/A | | | | |
| | | | Total ▶ | |

(Report also on Summary of Schedules.)

Form B6B
(10/05)

In re _Spaine, Anne M._,
         Debtor

Case No. _____
                (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

Form B6B-Cont.
(10/05)

In re ___Spaine  Anne  M.___,
_____Debtor_____

Case No. _____
                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Form B6B-cont.
(10/05)

In re _Spaine, Anne M_____,          Case No. _____
          Debtor                                        (If known)

# SCHEDULE B -PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection  with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_0_____continuation sheets attached      Total ▶      $ _0_____
(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

Form B6C
(f0/05)

In re _Spring, Anne M_ ,                    Case No. _____
    Debtor                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $125,000.
☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2007 Pontiac | Chapter 7 | $2,500 | $2,500 |

Form B6D
(10/05)

In re Spaine, Anne M.,                    Case No. _____
_____
Debtor                                              (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 122 CubeSmart 14203 S. Rt 59 Plainfield, IL 60544 | | | 5/01/2012 Personal Household Furniture VALUE $ 10,000 | X | | | $ 2,000 | |
| ACCOUNT NO. ILF512836008 U.S. Bank P.O. Box 5227 CN-OH-W1S Cincinnati, OH 45202 | | | 4/01/2012 2007 Pontiac VALUE $ 9,000 | X | | | $ 9,000 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

( ) continuation sheets attached

Subtotal ▶
(Total of this page)                    $ 11,000

Total ▶
(Use only on last page)                 $ 11,000

Form B6E
(10/05)

In re __Spaine, Anne M._____        Case No. _____
                    Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."       If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6F (Official Form 6F) (12/07)

In re _Spaine, Anne M._____,          Case No. _____
              **Debtor**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 11592535 <br> Public Storage <br> 08466- Fox Valley <br> 4253 Ogden Ave <br> Aurora Il 60504-7209 | | | 11/24/10 | | | | 1,200 00 |
| ACCOUNT NO. Anne Spaine <br> TRS <br> 732 N Rte 59 <br> Aurora Il 60504 | | | 8/1/09 | | | | $ 4,700 00 |
| ACCOUNT NO. 31511563 <br> Asset Acceptance LLC <br> c/o Providian Bank <br> PO Box 2036 <br> Warrenville, MI 48090 | | | 1/1/03 | | | | $ 263 84 |
| ACCOUNT NO. 197389 <br> National Credit Adjusters <br> c/o Check N Go <br> PO Box 3023 <br> Hutchinson, KS 67504 | | | 1/1/05 | | | | $ 304 00 |

3023

15__ continuation sheets attached

Subtotal▶  $ 6,467.84

Total▶  $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Spaine, Anne M_,  Case No. _____
      Debtor                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Anne M Spaine - 3573<br>Illinois Title Loans<br>227 S Lincolnway<br>N. Aurora IL 60542 | | | 8/1/10 | | | | $577 00 |
| ACCOUNT NO. 635 11607<br>Security Finance<br>PO Box 3146<br>Spartanburg, SC 29034 | | | 3/1/10 | | | | $485 00 |
| ACCOUNT NO. 10 SC 3799<br>Kevin Berry, Esq<br>c/o All American Cash Advance<br>1070 Larkin Ave<br>Elgin, IL 60123 | | | 3/1/10 | | | | $969 12 |
| ACCOUNT NO. 3577897 -<br>10 LM 167<br>FCO c/o BFAF Fox Valley<br>13304 Baltimore Avenue<br>Beltsville, MD 20705 | | #E | 3/1/10 | | | | $8,450 44 |
| ACCOUNT NO. 3577896 -<br>10 LM 167<br>FCO c/o BFAF Fox Valley<br>13304 Baltimore Ave # E<br>Beltsville, MD 20705 | | | 3/1/10 | | | | $1,000 00 |

Sheet no. 2 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 11,481 61

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Spaine, Anne M ,
Debtor

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 630588038840 West Asset Mangment c/o AT+T 3432 Jefferson Ave Texarkana AR 71854 | | | 3/1/10 | | | | 630 00 |
| ACCOUNT NO. 3538820342b Nicor Gas Po Box 8350 Aurora IL 60507 | | | 10/1/07 | | | | $1,200 00 |
| ACCOUNT NO. 4513847332 Associated Credit Services c/o Charter One Bank 105B S. Street Hopkinton MA 01748 P.O. Box 9100 | | | 5/1/10 | | | | $344 53 |
| ACCOUNT NO. 1350088? - 4515847334 Leading Edge Recovery Solutions c/o RBS Citizens 5440 N. Cumberland Ave Ste 300 Chgo IL 60656 | | | 5/1/10 | | | | $566 00 |
| ACCOUNT NO. 9120345826 Portolio Recovery Associates c/o US Cellular, Dept 922 Po Box 4111 Concord CA 94524 | | | 1/1/03 | | | | $902 47 |

Sheet no. 3 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 3,643 00

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Sprino, Anne_ ,
    **Debtor**

Case No. _____
            **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 08 LM 1086 · Smith <br> Brooks Tarulis Schiffer & Tibble <br> c/o Blackburn Group <br> 101 North Washington St. <br> Naperville, IL 60540 | | | 6/1/08 | | | | $4,000.00 |
| ACCOUNT NO. 7344 <br> IC Systems Inc <br> 444 Highway 96E <br> St Paul, MN 55127 | | | 4/1/09 | | | | $37.00 |
| ACCOUNT NO. 807594711 <br> Blue Medicare Rx <br> PO Box 660112 <br> Dallas, TX 75266 | | | 11/01/10 | | | | $2,245.48 |
| ACCOUNT NO. ATT-3845 <br> Asset Acceptance, Llc <br> c/o AT&T <br> P.O. Box 2036 <br> Warren, MI 48090 | | | 7/1/04 | | | | $382.00 |
| ACCOUNT NO. 158141 <br> Comcast <br> PO Box 802068 <br> Dallas, TX 75380 | | | 9/1/09 | | | | $686.00 |

Sheet no. _4_ of _6_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 7350.48

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Spaine, Anne M_____,   Case No. _____
               Debtor                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3157495 <br> Comcast <br> PO Box 802068 <br> Dallas, TX 75380 | | | 12/1/09 | | | | $723 ⁰⁰ |
| ACCOUNT NO. 1157899 <br> Magnum Funding Inc. <br> 18820 Aurora Ave N Ste 205 <br> Shoreline, WA 98133 | | | 7/1/05 | | | | $2,429 ⁰⁰ |
| ACCOUNT NO. 3284742 <br> 04 LM 1986 <br> Anli c/o Preserve At River Run <br> 13304 Baltimore Ave Ste B <br> Beltsville, MD 20705 | | | 9/1/04 | | | | $5,710 ⁰⁰ |
| ACCOUNT NO. 995-Spaine <br> AT+T <br> 200 Longwater Dr. <br> Norwell, MA 02061 | | | 5/1/08 | | | | $280. ⁰⁰ |
| ACCOUNT NO. 3433-Spaine <br> Conrad Chicago Seconds 2000 <br> 17070 Dallas Parkway <br> Dallas, TX 75248 | | | 4/1/06 | | | | $249 ⁰⁰ |

Sheet no. 5 of 11 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 9391 ⁰⁰

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Sparine, Anne M          ,                    Case No. _____
         Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3573 - Sparine-Smith  Bank of America  PO Box 25118  Tampa, Fl 33622 | | | 1/1/05 | | | | $4,900.00 |
| ACCOUNT NO. 3243  Wow Internet & Cable  7020 Dallas Parkway  Dallas, TX 75248 | | | 7/1/06 | | | | $143.00 |
| ACCOUNT NO. 09 UA 1896 - Smith  STML Realty Group  201 Arbor St.  Wheaton, IL 60187 | | | 5/1/09 | | | | $5,235.00 |
| ACCOUNT NO. 558859  Certified Recovery  c/o Preferred Cash  7307 Regency Square · Ste 100  Houston, TX 77036 | | | 4/1/05 | | | | $220.00 |
| ACCOUNT NO. 81889824  CBCS  P.O. Box 164089  Columbus OH 43216 | | | 1/1/05 | | | | $550.00 |

Sheet no. 6 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 11,048.00

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Spaine, Anne M _____ ,                     Case No. _____
           Debtor                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3573 - Spaine-Smith PNC c/o National City Bank, USX Tower, 600 Grant St Mailstop P6-PUSX-36-1 Pittsburgh, PA 15219 | | | 1/1/05 | | | | $800 00 |
| ACCOUNT NO. 39425263 CMI 4300 International Carrollton, TX 75007 | | | 6/1/09 | | | | $336 00 |
| ACCOUNT NO. 1574957612 Credit Protection Association c/o Comcast 13355 Noel Rd, Ste 2100 Dallas, TX 75240 | | | 1/1/10 | | | | $723 00 |
| ACCOUNT NO. 1581415141 Credit Protection Association c/o Comcast 13355 Noel Road St. 2100 Dallas, TX 75240 | | | 3/1/10 | | | | $686 00 |
| ACCOUNT NO. 113303 8167 Credit Protection Association c/o Comcast 13355 Noel Road St. 2100 Dallas, TX 75240 | | | 7/1/04 | | | | $201 00 |

Sheet no. 2 of 16 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 2746 00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Spaine Ann M_____,    Case No. _____
         **Debtor**                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9376491 EOS CCA 700 Longwater Drive Norwell, MA 02061 | | | 5/1/09 | | | | $254.00 |
| ACCOUNT NO. 2573 - Spaine Smith Lighthouse Financial Group 232 South Larkin Ave. Joliet, Il 60436 | | | 10/1/04 | | | | $10,000.00 |
| ACCOUNT NO. 30216668231 Natl. Credit Solution c/o Bang Music 3680 E I-240 Svc B Oklahoma City Ok 73135 | | | 12/1/08 | | | | $69.00 |
| ACCOUNT NO. 836105135 Natl. Credit Solution c/o Black Expressions 3680 E I-240 Svc B Oklahoma City Ok 73135 | | | 5/1/08 | | | | $86.00 |
| ACCOUNT NO. 81889824 CBCS, c/o AT&T PO Box 164089 Columbus, Oh 43216 | | | 6/1/09 | | | | $550.00 |

Sheet no. 8 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 10,959.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Sparre Anne M_____,   Case No. _____
  **Debtor**                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 493004 <br> Natl Rewing Services <br> c/o Payday Ave. <br> 416 S Main - Ste 3 <br> Ottawa, KS 66067 | | | 9/1/09 | | | | $872 |
| ACCOUNT NO. 3578820561 <br> Nicor Gas <br> Po Box 8350 <br> Aurora Il 60507 | | | 6/1/08 | | | | $1210 |
| ACCOUNT NO. 236508385233 <br> RJM Acquisitions <br> c/o Childrens Book of the Month <br> 575 Underhill Blvd <br> Ste 224 Syosset NY 11791 | | | 2/1/08 | | | | $80 |
| ACCOUNT NO. 237862881072 <br> RJM Acquisitions LLc <br> 575 Underhill Blvd Ste 224 <br> Syosset, NY 11791 | | | 2/1/08 | | | | $76 |
| ACCOUNT NO. 1058749A <br> Tigre Trust <br> c/o Indian Prairie School District <br> 5330 Ringgold Rd Ste A <br> East Ridge, TN 37412 | | | 8/10 | | | | $95 |

Sheet no. 1 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 2333

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Spaine, Anne M_____,        Case No. _____
        **Debtor**                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 440231 <br> Wheaton Eye Clinic <br> 2015 N Main St. <br> Wheaton, IL 60187 | | | 9/1/12 | | | | $134 03 |
| ACCOUNT NO. 5144313? <br> Edward Hosp.N Dept 0040 <br> Payment Processing Center <br> Po Box 843443 <br> Kansas City MO 64184 | | | 9/1/12 | | | | $48 35 |
| ACCOUNT NO. E0371684 300 <br> Edward Hospital <br> Correspondence Address <br> Po Box 5995 <br> Peoria, IL 61601 | | | 9/1/12 | | | | $631 96 |
| ACCOUNT NO. 3573 · Spaine <br> Edward Hospital <br> Correspondence Address <br> Po Box 5995 <br> Peoria IL 61601 | | | 12/16/11 | | | | $700 00 |
| ACCOUNT NO. 58291 <br> Suburban Gastroenterology <br> 39373 Treasury Center <br> Chicago, IL 60694 | | | 9/7/11 | | | | $33 81 |

Sheet no. 10 of 16 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 1,548 15

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Spane, Anne M_____,          Case No. _____
             **Debtor**                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 925305 - Spane<br>DuPage Medical Group<br>15921 Collections Center Dr<br>Chgo IL 60693 | | | 9/26/11 | | | | 458 96 |
| ACCOUNT NO. 235 955 - Spane<br>The University of Chgo Medical Center<br>15965 Collections Center Dr<br>Chgo IL 60693 | | Center | 1/1/00 | | | | $3,000 |
| ACCOUNT NO. 320033<br>Napervill Radiologists<br>6910 S Madison St.<br>Willowbrook IL 60527 | | | 9/29/11 | | | | $38 42 |
| ACCOUNT NO. 319/6/35<br>Rush Copley Medical Centre<br>PO Box 352<br>Aurora IL 60507 | | | 1/23/11 | | | | $361 04 |
| ACCOUNT NO. 318560<br>Fox Valley Cardiovascular<br>PO Box 4157<br>Aurora IL 60507 | | | 4/1/11 | | | | $38 58 |

Sheet no. _1_ of _6_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 3897

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Spане Anne M_____ ,          Case No. _____
            **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. IPC1150830 <br> Inpatient Consultants of IL <br> Po Box 92934 <br> Los Angeles CA 90009 | | | 4/1/11 | | | | $38⁵⁸ |
| ACCOUNT NO. 47399-400130 <br> Emergency Treatment S.C. <br> 900 Jorie Blvd. Ste 220 <br> Oak Brook IL 60523 | | | 5/13/11 | | | | $158²² |
| ACCOUNT NO. 5623445640 <br> Nicor Gas <br> Po Box 0632 <br> Aurora IL 60507 | | | 11/1/11 | | | | $2,000 |
| ACCOUNT NO. Anne Bryant <br> Chase Silaji Real Estate <br> Po Box 493 <br> Plainfield IL 60544 | | | 10/13/11 | | | | $8,000 |
| ACCOUNT NO. Anne Bryant <br> Victoria Breslan, Esq. <br> 1127 Plainfield Rd <br> Joliet, IL 60435 | | | 10/13/11 | | | | $900 |

Sheet no. 2 of 1 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 11,096⁸⁰

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Spaine  Anne M_____,                    Case No. _____
            **Debtor**                                                **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8711200790521222 <br> Comcast Cable / Xfinity <br> Po Box 3005 <br> Southeastern, PA 19398 | | | 11/1/11 | | | | 450⁰⁰ |
| ACCOUNT NO. 3573 - Spaine <br> EZ payday cash <br> 4760 S. Highland Dr. 654 <br> Salt Lake City, UT 84117 | | | 10/3/11 | | | | ⁰480⁰⁰ |
| ACCOUNT NO. ILFS12836008 -Spaine <br> U.S Bank <br> Po Box 5227 <br> CN-OH-W15 <br> Cincinnati, OH 45202 | | | 10/1/12 | | | | ⁰11,195⁵¹ |
| ACCOUNT NO. Spaine <br> ~~̶̶̶̶̶~~ <br> Chad Manchester <br> 4525 Weaver Pkwy. Ste 101 <br> Warrenville, IL 60585 | | | 6/1/12 | | | | ⁰2,000⁰⁰ |
| ACCOUNT NO. 3573 - Spaine <br> DuPage Medical Group <br> 15921 Collections Center Dr. <br> Chgo, IL 60693 | | | 9/20/11 | | | | ⁰300⁰⁰ |

Sheet no. 3 of 16 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 14,425⁵¹

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Spaine Anne M_____, Case No. _____
         Debtor                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 122  Cubesmart 14203 S Rt 59 Plainfield IL 60544 | | | 3/1/12 | | | | $1,200 |
| ACCOUNT NO. 7970733587  5/3 rd Bank Corporate offices 38 Fountan Square Plaza Cincinnati OH 45263 | | | 7/1/12 | | | | $900 |
| ACCOUNT NO. 7970733587  Supervalu c/o Jewel Osco 150 Pierce Itasca IL 60143 | | Spaine | 7/1/12 | | | | $10 |
| ACCOUNT NO. 7970733587  Sears Roebuck & Co. 3333 Beverly Rd. Hoffman Estates IL 60179 | | | 7/1/12 | | | | $100 |
| ACCOUNT NO. 7127670016  Nicor Gas Po Box 0632 Aurora IL 60507 | | | 8/1/12 | | | | $400 |

Sheet no. _4_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 2,710 00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Spaine  Anne M_____,      Case No. _____
        **Debtor**                                                     **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7970733587 <br> Chex Systems <br> 7805 Hudson Rd Ste 100 <br> Woodbury MN 55125 | | | 7/1/12 | | | | $1100 |
| ACCOUNT NO. 7970733587 <br> Early Warning Services <br> 16552 N 90th St Ste 100 <br> Scottsdale, AZ 85260 | | | 7/1/12 | | | | $1,100 |
| ACCOUNT NO. 439584 <br> Eagan Acctg Reconciliation <br> 2825 Lone Oak Pkwy <br> Eagan, MN 55121 | Banch | | 5/21/12 | | | | $100 |
| ACCOUNT NO. 7970733587 - Sears <br> Chex Systems <br> 7805 Hudson Rd Ste 100 <br> Woodbury, MN 55125 | | | 7/1/12 | | | | 100 |
| ACCOUNT NO. 7970733587  Supervalu <br> Early Warning Services <br> 16552 N 90th St. Ste 100 <br> Scottsdale, AZ 85260 | | | 7/1/12 | | | | 110 |

Sheet no. 5 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

               Subtotal▶   $ 2510

            Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _Spava, Anne M_____,        Case No. _____
         **Debtor**                                                     **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7970732587  Supervalu<br>Chex Systems<br>7805 Hudson Rd Ste 100<br>Woodbury MN 55125 | | | 7/1/12 | | | | 110 00 |
| ACCOUNT NO. 7970732587  Sears<br>Early Warning Services<br>16552 N 90th St Ste 100<br>Scottsdale, AZ 85260 | | | 7/1/12 | | | | 100 |
| ACCOUNT NO. 439584 - Spava  Branch<br>Exger Acct Reconciliation<br>Chex Systems<br>7805 Hudson Rd Ste 100<br>Woodbury MN 55125 | | | 7/1/12 | | | | $100 00 |
| ACCOUNT NO. 439584 - Spava  Bird<br>Exger Acct Reconciliation<br>Early Warning Services<br>16552 N 90th St Ste 100<br>Scottsdale, AZ 85260 | | | 7/1/12 | | | | $100 00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 6 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 410 00

Total▶ $ 9201739
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Names, Mailing Address Including Zip Code, And Account Number | Date Claim Was Incurred And Consideration for Claim | Amount Of Claim |
|---|---|---|
| **#11592535 – Anne Smith, Unit 810**<br>Public Storage<br>08466-Fox Valley<br>4253 Ogden Avenue<br>Aurora, Illinois 60504-7109 | 11/24/2010 | $1,200.00 |
| **#Anne Spaine**<br>TRS<br>732 N Rte 59<br>Aurora, Illinois 60504 | 08/01/2009 | $4,700.00 |
| **#31511563**<br>**Orig.Acct. #4361472600677302**<br>Asset Acceptance, LLC<br>c/o Providian Bank<br>P.O. Box 2036<br>Warren, MI 48090-2036 | 01/01/2003 | $263.84 |
| **#1197389 – Anne Spaine**<br>National Credit Adjusters<br>c/o Check n'Go<br>P.O. Box 3023<br>Hutchinson, KS 67504-3023 | 01/01/2005 | $304.00 |
| **#▓▓▓▓-3573 -Anne M. Spaine**<br>Illinois Title Loans<br>227 South Lincolnway<br>North Aurora, Illinois 60542 | 08/01/2010 | $577.00 |

Subtotal: **$7,044.84**
(Total of this page)

Sheet no. **1** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**#63511607 – Anne M. Spaine**
Security Finance
P.O. Box 3146
Spartanburg, SC 290304

02/01/2010                         $485.00

**Case No. 10 SC 3799 – Anne M. Spaine**
Kevin Barry, Esq.
c/o All American Cash Advance
1070 Larkin Avenue
Elgin, Illinois 60123

02/01/2010                         $969.17

**#3577897 – Case No. 10 LM 167**
Fair Collections and Outsourcing (FCO)
c/o BFAF Fox Valley LLC
12304 Baltimore Avenue #E
Beltsville, MD 20705-1314

03/01/2010                         $8,450.44

**#3577896 – Case No. 10 LM 167**
Fair Collections and Outsourcing (FCO)
c/o BFAF Fox Valley LLC
12304 Baltimore Avenue #E
Beltsville, MD 20705-1314

03/01/2010                         $1,000.00

**#6305850388840**
West Asset Management
c/o AT&T
3432 Jefferson Avenue
Texarkana, AR 71854-2747

03/01/2010                         $630.00

**#35788203426**
Nicor Gas
P.O. Box 8350
Aurora, Illinois 60507-8350

10/01/2007                         $1,200.00

**#4515847332 – Anne M. Spaine**
Associated Credit Services, Inc.
c/o Charter One Bank
105B South Street
P.O. Box 9100
Hopkinton, MA 01748-9100

05/01/2010                         $344.53

Subtotal: **$13,078.61**
(Total of this page)

Sheet no. **2** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| #12500887/Client Ref # 4515847324<br>Leading Edge Recovery Solutions<br>c/o RBS Citizens, N.A.<br>5440 North Cumberland Avenue<br>Suite 300<br>Chicago, Illinois 60656-1490 | 05/01/2010 | $566.00 |
| #960345926 – Anne Spaine<br>Portolio Recovery Associates, LLC<br>c/o US Cellular<br>Department 922<br>P.O. Box 4111<br>Concord, CA 94524-4111 | 01/01/2003 | $902.47 |
| Case No. 08 LM 1086 – Anne M. Smith<br>Brooks Tarulis Schaffer & Tibble<br>c/o Blackburn Group<br>101 North Washington Street<br>Naperville, Illinois 60540-4511 | 06/01/2008 | $4,000.00 |
| #7344 – Anne Spaine<br>I.C. Systems, Inc.<br>444 Highway 96E<br>St. Paul, MN 55127-2557 | 04/01/2009 | $37.00 |
| #807594711 – Anne Spaine<br>Blue Medicare RX<br>P.O. Box 660112<br>Dallas, TX 75266-0112 | 11/01/2010 | $2,245.48 |
| #AT T-2845<br>Asset Acceptance, LLC<br>c/o AT&T<br>P.O. Box 2036<br>Warren, MI 48090-2036 | 07/01/2004 | $382.00 |
| #158141<br>Comcast<br>P.O. box 802068<br>Dallas, TX 75380-2068 | 09/01/2009 | $686.00 |

Subtotal: <u>$8,818.95</u>
(Total of this page)

Sheet no. <u>3</u> of <u>11</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**3157495** | 12/01/2009 | $723.00
Comcast
P.O. box 802068
Dallas, TX 75380-2068

**#1157899 – Anne Spaine** | 07/01/2005 | $2,429.00
Magnum Funding Inc.
18820 Aurora Avenue N
Suite 205
Shoreline, WA 98133-3900

**#3284742 – Case No. 04 LM 1996** | 09/01/2004 | $5,710.00
Amli At River Run
c/o Preserve At River Run
12304 Baltimore Avenue
Suite E
Beltsville, MD 20705

**#995 – Anne Spaine** | 05/01/2008 | $280.00
AT&T
700 Longwater Drive
Norwell, MA 02061-1624

**#3433 – Anne Spaine** | 04/01/2006 | $249.00
Comcast Chicago Seconds 2000
17070 Dallas Parkway
Dallas, TX 75248-1950

**#█████-3573 – Anne M. Spaine-Smith** | 01/01/2005 | $4,900.00
Bank of America
P.O. Box 25118
Tampa, Florida 33622-5118

**#3243** | 07/01/2006 | $143.00
Wow Internet & Cable
17070 Dallas Parkway
Dallas, TX 75248-1950

**Anne Smith – Case No. 09 LM 1296** | 05/01/2009 | $5,235.00
STML Realty Group LLC
201 Reber Street
Wheaton, Illinois 60187-5415

Subtotal: **$19,669.00**
(Total of this page)

Sheet no. **4** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**#558859**                                          04/01/2005                              $220.00
Certified Recovery
c/o Preferred Cash
7207 Regency Square
Suite 100
Houston, TX 77036-3110

**#81889824**                                        01/01/2005                              $550.00
CBCS
P.O. Box 164089
Columbus, OH 43216-4089

**#▩▩▩▩3573 – Anne M. Spaine-Smith**                 01/01/2005                              $800.00
The PNC Financial Services Group
c/o National City Bank
USX Tower, 600 Grant Street
Mailstop P6-PUSX-36-1
Pittsburgh, PA 15219

**#39425263**                                        06/01/2009                              $336.00
CMI
4200 International
Carrollton, TX 75007-1912

**#1574957612**                                      01/01/2010                              $723.00
Credit Protection Association
c/o Comcast
13355 Noel Road
Suite 2100
Dallas, TX 75240

**#1581415141**                                      03/01/2010                              $686.00
Credit Protection Association
c/o Comcast
13355 Noel Road
Suite 2100
Dallas, TX 75240

**#1123038167**                                      07/01/2004                              $201.00
Credit Protection Association
c/o Comcast
13355 Noel Road
Suite 2100
Dallas, TX 75240

                                                     Subtotal: **$3,516.00**
                                                     (Total of this page)

Sheet no. **5** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**#9376491**
EOS CCA
700 Longwater Drive
Norwell, MA 02061-1624

05/01/2009                    $254.00

**#▓▓▓▓-3573 – Anne Spaine-Smith**
Lighthouse Financial Group
232 South Larkin Avenue
Joliet, Illinois 60436-1248

10/01/2004                    $10,000.00

**#50216668231**
National Credit Solution
c/o BMG Music
3680 E I-240 SVC R
Oklahoma City, OK 73135

12/01/2008                    $69.00

**#836105125**
National Credit Solution
c/o Black Expressions
3680 E I-240 SVC R
Oklahoma City, OK 73135

05/01/2008                    $86.00

**#81889824**
CBCS, c/o AT&T
P.O. Box 164089
Columbus, OH 43216-4089

06/01/2009                    $550.00

**#493004**
National Recovery Services
c/o Payday Avenue
416 South Main – Ste 3
Ottawa, KS 66067

09/01/2009                    $872.00

**#3578820561**
Nicor Gas
P.O. box 8350
Aurora, Illinois 60507-8350

06/01/2008                    $1,210.00

**RJ#650R385233**
RJM Acquisitions LLC
c/o Children's Book of the Month
575 Underhill Blvd.
Suite 224
Syosset, NY 11791

02/01/2008                    $80.00

Subtotal: $13,121.00
(Total of this page)

Sheet no. **6** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

RJ#786R881072                        02/01/2008                    $76.00
RJM Acquisitions LLC
575 Underhill Blvd.
Suite 224
Syosset, NY 11791

#1058749A                            08/2010                       $95.00
Tigar Tranz
c/o Indian Prairie School District
5330 Ringgold Road
Suite A
East Ridge, TN 37412

#440231                              09/01/2012                    $134.03
Wheaton Eye Clinic
2015 North Main Street
Wheaton, Illinois 60187-3152

#51443132                            09/01/2012                    $48.35
Edward Hospital Dept. 0040
Payment Processing Center
P.O. Box 843442
Kansas City, MO 64184-3442

#E057684300                          09/01/2012                    $631.96
Edward Hospital
Correspondence Address
P.O. Box 5995
Peoria, IL 61601-5995

#▓▓▓▓▓-3573                          12/16/2011                    $700.00
Edward Hospital
Correspondence Address
P.O. Box 5995
Peoria, Illinois 61601-5995

#58291                               09/07/2011                    $33.81
Suburban Gastroenterology
39273 Treasury Center
Chicago, Illinois 60694-9200

                                   Subtotal: $1,719.15
                                   (Total of this page)

Sheet no. 7 of 11 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**#925305**
DuPage Medical Group                    09/20/2011                    $58.96
15921 Collections Center Drive
Chicago, IL 60693-0159

**#235955**
The University of Chicago Medical Center    01/01/2000                $3000.00
15965 Collections Center Drive
Chicago, Illinois 60693

**#320023**
Naperville Radiologists                 09/29/2011                    38.42
6910 South Madison Street
Willowbrook, Illinois 60527

**#31916125**
Rush Copley Medical Center              1/23/2011                     $361.04
P.O. Box 352
Aurora, Illinois 60507-0352

**#318560**
Fox Valley Cardiovascular Con           05/25/2011                    $24.26
P.O. Box 4157
Aurora, Illinois 60507-4157

**#IPC1150830**
Inpatient Consultants of Illinois       04/01/2011                    $38.58
P.O. Box 92934
Los Angeles, CA 90009

**#47399-400130**
Emergency Treatment, S.C.               5/13/2011                     $158.22
900 Jorie Blvd. Ste. 220
Oak Brook, IL 60523

**#56229445640**
NICOR GAS                               11/01/2011                    $ 2,000.00
P.O. Box 0632
Aurora, Illinois 60507-0632

Subtotal: **$5,679.48**
(Total of this page)

Sheet no. **8** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Acct. #Anne Bryant**
Chris Silagi Real Estate Investment                10/13/2011                                $ 8,000.00
P.O. Box 493
Plainfield, Illinois 60544

**Acct. #Anne Bryant**
Victoria R. Breslan, Esq.                          10/13/2011                                $900.00
1127 Plainfield Road
Joliet, Illinois 60435-4421

**#8771200790529222**                              11/01/2011                                $450.00
Comcast Cable/Xfinity
P.O. Box 3002
Southeastern, PA 19398-3002

**Acct. #Anne Spaine xxx.xx.3573**                 10/03/2011                                $480.00
EZpaydaycash
4760 South Highland Drive
Suite 654
Salt Lake City, UT 84117

**Acct. #ILF512836008 – Anne Spaine**              10/01/2012                                $11,195.51
US Bank
P.O. Box 5227
CN-OH-W15
Cincinnati, OH 45202-5227

**Acct. #Anne Spaine**                             06/01/2012                                $2,000.00
2703 Glenwood Ct. Naperville IL 60564
Chad Manchester
Western International University
4525 Weaver Parkway – Ste. 101
Warrenville, IL 60555

**#███████-3573**                                  09/20/2011                                $300.00
DuPage Medical Group
15921 Collections Center Drive
Chicago, IL 60693-0159

Subtotal: **$23,325.51**
(Total of this page)

Sheet no. **9** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**#122**
**CUBESMART**                                         03/01/2012                        $1200.00
14203 South Rt 59
Plainfield, Illinois 60544

**#7970732587 – xxx.xx. 3573 - Anne M. Spaine**      07/01/2012                        $900.00
Fifth Third Bank
Corporate Offices
38 Fountain Square Plaza
Cincinnati, OH 45263

**Acct# Anne M. Spaine - 7970732587 (5/3rd Bank)**   07/01/2012                        $110.00
Supervalu
c/o Jewel Osco
150 Pierce
Itasca, Illinois 60143

**Acct# Anne M. Spaine – 7970732587 (5/3rd Bank)**   07/01/2012                        $100.00
Sear, Roebuck and Co
3333 Beverly Road
Hoffman Estates, IL 60179

**Acct# 71-27-67-0011 0**                            08/01/2012                        $400.00
Nicor Gas
P.O. Box 0632
Aurora, Illinois 60507-0632

**Acct# Anne M. Spaine - 7970732587 (5/3rd Bank)**   7/1/12                            $1,100
ChexSystems
7805 Hudson Road Suite 100
Woodbury, MN 55125

**Acct# Anne M. Spaine - 7970732587 (5/3rd Bank)**   7/1/12                            $1,100
Early Warning Services, LLC
16552 N 90th Street – Suite 100
Scottsdale, AZ 85260                                 5/21/2012                         $100.00

*Acct# 429584*
*Eagan Accounting Reconciliation Branch*
*2835 Lone Oak Parkway*            Subtotal: $2,710.00
*Eagan, MN 55121-9672*             (Total of this page)

                                   TOTAL: $98,682.54
                                   (Use only on last page of the completed Schedule E)
                                   Report total also on Summary of Schedules)

                                   98,017 39

Sheet no. **10** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Acct# Anne M. Spaine - 7970732587 (5/3rd Bank) – Sears Roebuck & Company**
ChexSystems
7805 Hudson Road Suite 100
Woodbury, MN 55125

7/1/12   100

**Acct# Anne M. Spaine - 7970732587 (5/3rd Bank) – Supervalu, c/o Jewel Osco**
Early Warning Services, LLC
16552 N 90th Street – Suite 100
Scottsdale, AZ 85260

7/1/12   110

**Acct# Anne M. Spaine - 7970732587 (5/3rd Bank) – Supervalu, c/o Jewel Osco**
ChexSystems
7805 Hudson Road Suite 100
Woodbury, MN 55125

7/1/12   110

**Acct# Anne M. Spaine - 7970732587 (5/3rd Bank)- Sears Roebuck & Company**
Early Warning Services, LLC
16552 N 90th Street – Suite 100
Scottsdale, AZ 85260

7/1/12   100

Acct # 429584 - Anne Spaine
Eagan Accounting Reconciliation Branch
ChexSystems
7805 Hudson Road Suite 100
Woodbury, MN 55125

7/1/12   100

Acct # 429584 - Anne Spaine
Eagan Accounting Reconciliation Branch
Early Warning Services, LLC
16552 N 90th Street - Suite 100
Scottsdale, AZ 83260

7/1/12   100

Sheet no. **11** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Form B6G
(10/05)

In re _Spaine, Anne, M.,_
         Debtor

Case No._____
           (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Form B6H
(10/05)

In re ___Spaine, Anna M.___,        Case No. _____
         Debtor                                        (if known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6f
(10/05)

In re _Spaine, Anne M._ ,    Case No._____
               Debtor                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: S | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP: Daughter | | AGE: 15 yrs |
| **Employment:** Occupation | DEBTOR  N/A | SPOUSE  N/A | |
| Name of Employer | | | |
| How long employed | | | |
| Address of Employer | | | |
| | | | |

INCOME: (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0 | $ |
| 2. Estimate monthly overtime | $ | $ |
| 3. SUBTOTAL | $ 0 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0 | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (Specify): _____ | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0 | $ |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $ 0 | $ |
| 8. Income from real property | $ 0 | $ |
| 9. Interest and dividends | $ 0 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 550 ⁰⁰ | $ |
| 11. Social security or government assistance (Specify): SSDI | $ 1124 ⁰⁰ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify): SSA - Minor | $ 627 ⁰⁰ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2301 | $ |
| 16. TOTAL COMBINED MONTHLY INCOME: $_____ | $ 2301 | $ |

(Report also on Summary of Schedules.)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

Form B6J
(10/05)

In re Spouse Anne M.,
_____Debtor_____

Case No._____
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home) $ 1300
   a. Are real estate taxes included?   Yes _____ No X
   b. Is property insurance included?   Yes _____ No X

2. Utilities: a. Electricity and heating fuel $ 300
       b. Water and sewer $ _____
       c. Telephone $ 60
       d. Other _____ $ _____

3. Home maintenance (repairs and upkeep) $ _____
4. Food $ 400
5. Clothing $ _____
6. Laundry and dry cleaning $ _____
7. Medical and dental expenses $ _____
8. Transportation (not including car payments) $ 200
9. Recreation, clubs and entertainment, newspapers, magazines, etc. $ _____
10. Charitable contributions $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
   a. Homeowner's or renter's $ _____
   b. Life $ _____
   c. Health $ _____
   d. Auto $ _____
   e. Other _____ $ _____

12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify) _____ $ _____

13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
   a. Auto $ 330
   b. Other _____ $ _____
   c. Other _____ $ _____

14. Alimony, maintenance, and support paid to others $ _____
15. Payments for support of additional dependents not living at your home $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement) $ _____
17. Other _____ $ _____

18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) $ 2590

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: _____

20. STATEMENT OF MONTHLY NET INCOME
   a. Total monthly income from Line 16 of Schedule I $ 2301
   b. Total monthly expenses from Line 18 above $ 2590
   c. Monthly net income (a. minus b.) $ (− 289⁰⁰)

Official Form 6-Decl.
(10/05)

In re _Saane, Anna M_ ,                    Case No. _____
        Debtor                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **23** _____
*(Total shown on summary page plus 1.)*

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __11/05/12__                          Signature: _____
                                                                    Debtor

Date _____                       Signature: _____
                                                          *(Joint Debtor, if any)*

[If joint case, both spouses must sign.]

---------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                            *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.       *(Total shown on summary page plus 1.)*

Date _____

                              Signature: _____

                              _____
                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---------------------------------------------------------------------------------

-------- Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Official Form 7
(10/05)

# UNITED STATES BANKRUPTCY COURT

_Northern_ **DISTRICT OF** _Illinois_

_Eastern Division_

In re: _Spine, Anne M._
<u>Debtor</u>

Case No. _____
                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

_DEFINITIONS_

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1.   **Income from employment or operation of business**



None

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                         SOURCE

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 1134 ⁰⁰ | SSDI |
| 637 ⁰⁰ | SSA - Minor |
| 550 ⁰⁰ | Child Support |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| U.S. Bank<br>PO Box 5227<br>CM-OH-Wis<br>Cincinnati, OH 45202 | 3/11 - 6/12 | 5280 ⁰⁰ | 9,000 ⁰⁰ |

None


b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None


c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

3

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 11 LM 2771 | Eviction | Will County | Judgment |
| 12 LM 998 | Eviction | Will County | Judgment |


None

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**


None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**


None

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

---

4

 b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

 List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

 List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9.  Payments related to debt counseling or bankruptcy

 List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 10.  Other transfers

5

 a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF TRANSFEREE,
RELATIONSHIP TO DEBTOR                  DATE

DESCRIBE PROPERTY
TRANSFERRED AND
VALUE RECEIVED

 b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

NAME OF TRUST OR OTHER
DEVICE

DATE(S) OF
TRANSFER(S)

AMOUNT OF MONEY OR DESCRIPTION
AND VALUE OF PROPERTY OR DEBTOR'S
INTEREST IN PROPERTY

**11.   Closed financial accounts**

 List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS
OF INSTITUTION

TYPE OF ACCOUNT, LAST FOUR
DIGITS OF ACCOUNT NUMBER,
AND AMOUNT OF FINAL BALANCE

AMOUNT AND
DATE OF SALE
OR CLOSING

**12.   Safe deposit boxes**

 List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS
OF BANK OR
OTHER DEPOSITORY

NAMES AND ADDRESSES
OF THOSE WITH ACCESS
TO BOX OR DEPOSITORY

DESCRIPTION
OF
CONTENTS

DATE OF TRANSFER
OR SURRENDER,
IF ANY

**13.   Setoffs**

6



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| | | |

### 14.  Property held for another person



List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| | | |

### 15.  Prior address of debtor

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2203 Glenwood Ct, Naperville, IL | Spaine | 2011 |
| 2635 Rutland Cir, Naperville, IL | Spaethe | 2010 |
| 2438 Village Green Dr, Aurora, IL | Smith | 2009 |

### 16.  Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.



None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



None

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

8

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|



b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements



a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                DATES SERVICES RENDERED



b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED



c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                ADDRESS



d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

**20. Inventories**



a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR

DOLLAR AMOUNT
OF INVENTORY
(Specify cost, market or other basis)



b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES
OF CUSTODIAN
OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**



a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST     PERCENTAGE OF INTEREST



b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                TITLE

NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**



a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                         ADDRESS          DATE OF WITHDRAWAL

10

 b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE              DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

 If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                DATE AND PURPOSE      OR DESCRIPTION
RELATIONSHIP TO DEBTOR       OF WITHDRAWAL         AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**

 If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION       TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

 If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND       TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __11/05/12__                  Signature _____ Pro se
                                   of Debtor

Date _____          Signature_____
                                   of Joint Debtor
                                   (if any)

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

                                   _____
                                   Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address

X _____                  _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Form 8
(10/05)

# United States Bankruptcy Court

_Northern_ District Of _Illinois_
_Eastern Division_

In re Spaine Anne M.
         Debtor

Case No. _____

Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☐ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2007 Pontiac | U.S. Bank | | X | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

Date: 11/05/12

_Anne M. Spaine Pro Se_
Signature of Debtor

---

## DECLARATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security No. (Required under 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document._

_____

Address

X_____
Signature of Bankruptcy Petition Preparer          Date          _____

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._